In the Matter of the Claim of GRACE B. WAITE, Respondent, against VETERANS' MEMORIAL PARK ASSOCIATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH WEBER, Respondent, against GEORGE HAISS MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANNA TRACY, Respondent, against UNITED STATES REALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANTHONY KULEWIAK, Respondent, against EAGLE ICE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

CAREY E. GIFFORD, Appellant, v. ROSE M. GIFFORD, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JACOB C. BRAND, as Receiver of the Property of MICHAEL LENTSCH, Respondent, v. CHRISTINE LENTSCH, Appellant, and Others.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE FIRST NATIONAL BANK OF PLATTSBURGH, NEW YORK, Respondent, v. R. PRESCOTT & SON, INC., Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.